

August 4, 2025

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: Case update in *Arraiz Perez v. Francis*, 1:25-cv-5786 (KPF)

Dear Judge Polk Failla,

    We write to the update the Court again on the status of petitioner's removal proceedings. As noted in Petitioner's letter last week, counsel learned he had accepted "voluntary departure" when he appeared pro se before the immigration court on the same day our reply was due. *See* Pet. Ltr. (ECF No. 10). Following consultation with him the next morning, we ascertained that he was confused as to the interplay between the instant litigation and his removal proceedings. That same day, our office assisted him in filing an emergency motion to reconsider and reopen with the immigration judge overseeing his case. That motion remains pending.

    The parties have conferred. Petitioner requests that the Court stay any further consideration of this matter. Respondent does not oppose this request.

    We expect to provide the Court with a status report no later than Wednesday, August 6, 2025.

    Respectfully,

/s/ Harold A. Solis
Harold A. Solis
Paige Austin
Make the Road New York
301 Grove Street
Brooklyn, NY 11237
Harold.Solis@maketheroadny.org
Paige.Austin@maketheroadny.org

Cc: Counsel of Record (by ECF)

BROOKLYN 301 GROVE STREET BROOKLYN, NY 11237 718 418 7690
QUEENS 104-19 ROOSEVELT AVENUE CORONA, NY 11368 718 565 8500
STATEN ISLAND 161 PORT RICHMOND AVENUE STATEN ISLAND, NY 10302 718 727 1222
LONG ISLAND 1090 SUFFOLK AVENUE BRENTWOOD, NY 11717 631 231 2220
WESTCHESTER 46 WALLER AVENUE WHITE PLAINS, NY 10605 914 948 8466

MAKETHEROADNY.ORG

The Court has reviewed Petitioner's letter.  (Dkt. #12).  The Court will defer consideration of Petitioner's request to stay until after the status report is filed, on or before **August 6, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:     August 5, 2025           SO ORDERED.
           New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE