

August 6, 2025

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



*Re:* Status Report in *Arraiz Perez v. Francis*, 1:25-cv-5786 (KPF)

Dear Judge Polk Failla,

We write to the update the Court on the status of Petitioner's removal proceedings. As noted earlier this week, Petitioner's emergency motion to reconsider and reopen his voluntary departure order remains pending. *See* Pet. Letter-Motion (ECF No. 12). As explained below, the immigration court has set a response deadline of August 11, 2025, for the Department of Homeland Security (DHS). Accordingly, the parties anticipate the motion will remain pending at least until that date and possibly longer as the immigration court considers the parties' submissions.

On August 4, 2025, the immigration court overseeing Petitioner's administrative proceedings *sua sponte* issued a stay "in the interest of justice." *See* Exhibit A, Immigration Court Order. This stay became necessary because, by regulation, Petitioner's motion to reopen and reconsider the voluntary departure order automatically triggered a removal order. The immigration court's stay prevents DHS from executing that removal order while his motion is pending, which is at least through August 11, 2025—the deadline for DHS's response.

We appreciate the Court's attention to this matter.

Respectfully,

/s/ Harold A. Solis
Harold A. Solis
Paige Austin
Make the Road New York
301 Grove Street
Brooklyn, NY 11237
Harold.Solis@maketheroadny.org
Paige.Austin@maketheroadny.org

Cc: Counsel of Record (by ECF)

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG

The Court has reviewed Petitioner's letter. (Dkt. #14). The Court will continue to defer consideration of Petitioner's request to stay until after the status report is filed. The parties are directed to promptly notify the Court when DHS files its response.

Dated:   August 7, 2025    SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE