



August 11, 2025

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re:* Status Report in *Arraiz Perez v. Francis*, 1:25-cv-5786 (KPF)

Dear Judge Polk Failla,

      In accordance with the Court's most recent order, we write to provide an update on the status of Petitioner's removal proceedings. *See* ECF No. 15. As previously noted, the immigration court set an August 11, 2025, deadline for the Department of Homeland Security (DHS) to respond to Petitioner's motion to reopen and reconsider in connection with an earlier order granting Petitioner "voluntary departure." *Id*. DHS filed its response on August 8, 2025. Although the immigration court has yet to rule on the motion, the parties believe a decision is forthcoming and will promptly notify the Court upon its issuance.

      We appreciate the Court's attention to this matter.

                                                                                    Respectfully,

                                                                                   /s/ Harold A. Solis
                                                                                   Harold A. Solis
                                                                                   Paige Austin
                                                                                   Make the Road New York
                                                                                  301 Grove Street
                                                                                  Brooklyn, NY 11237

Cc: Counsel of Record (by ECF)                      Harold.Solis@maketheroadny.org
                                                                                 Paige.Austin@maketheroadny.org

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
104-19 ROOSEVELT AVENUE
CORONA, NY 11368
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

MAKETHEROADNY.ORG

The Court appreciates the above update. The parties are directed to promptly notify the Court when the immigration court rules on Petitioner's motion.

Dated:   August 12, 2025          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE